David J. Hacker (CA Bar No. 249272)
Heather Gebelin Hacker (CA Bar No. 249273)**
ADF CENTER FOR ACADEMIC FREEDOM
101 Parkshore Dr., Suite 100
Folsom, California  95630
Telephone:     (916) 932-2850
Facsimile:      (916) 932-2851

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:     (480) 444-0020
Facsimile:      (480) 444-0028

Nathan W. Kellum (TN Bar No. 13482)*
ADF CENTER FOR ACADEMIC FREEDOM
699 Oakleaf Office Lane, Suite 107
Memphis, Tennessee
Telephone:     (901) 684-5485
Facsimile:      (901) 684-5499

Timothy M. Smith (CA Bar No. 125534)
MCKINLEY & SMITH
A Professional Corporation
8880 Cal Center Drive, Suite 250
Sacramento, California 95826
Telephone:     (916) 363-1333
Facsimile:      (916) 363-1133

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RYAN DOZIER**,<br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>Members of the Board of Governors, Yuba Community College District: **SUSAN HOULE**, **ALAN FLORY**, **JIM BUCHAN**, **MARK BREDT**, **LEELA RAI**, **GEORGE NICOLAU**, **XAVIER TAFOYA**, in their official capacities; **NICKI HARRINGTON**, in her official and individual capacities, **PAUL MENDOZA**, in his official and individual capacities, **KEVIN TRUTNA**, in his official and individual capacities, and **BYRON GREEN**, in his official and individual capacities.<br>　　　　　　　　　　Defendants. | Case No.: 2:08-cv-02298-FCD<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR PAGE LIMIT INCREASE** |

*Pro Hac Vice Application submitted
**Designated Counsel for Service

1  Having considered Plaintiff's Request for Page Limit Increase, the Court being fully advised,
2  and good cause shown:

3  **IT IS HEREBY ORDERED** that Plaintiff may file his Memorandum in Support of Motion for
4  Preliminary Injunction with a total of 30 pages. Defendants may file their Opposition to Plaintiff's
5  Motion for Preliminary Injunction with a total of 30 pages. Plaintiff's Reply Brief will have a limit
6  of 20 pages.

7
8  **IT IS SO ORDERED.**

9  Dated this 1st day of October, 2008.            _____
10                                                  FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE