David J. Hacker (CA Bar No. 249272)
Heather Gebelin Hacker (CA Bar No. 249273)*
ADF CENTER FOR ACADEMIC FREEDOM
101 Parkshore Dr., Suite 100
Folsom, California  95630
Telephone:      (916) 932-2850
Facsimile:      (916) 932-2851

Benjamin W. Bull (AZ Bar No. 009940)**
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:      (480) 444-0020
Facsimile:      (480) 444-0028

David A. French (TN Bar No. 16692)**
ADF CENTER FOR ACADEMIC FREEDOM
12 Public Square
Columbia, Tennessee 38401
Telephone:      (931) 490–0591
Facsimile:      (931) 490–7989

Timothy M. Smith (CA Bar No. 125534)
MCKINLEY & SMITH
A Professional Corporation
8880 Cal Center Drive, Suite 250
Sacramento, California 95826
Telephone:   (916) 363-1333
Facsimile:   (916) 363-1133

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RYAN DOZIER**,<br>                              Plaintiff,<br>          vs.<br>Members of the Board of Governors, Yuba Community College District: **SUSAN HOULE, ALAN FLORY, JIM BUCHAN, MARK BREDT, LEELA RAI, GEORGE NICOLAU, XAVIER TAFOYA**, in their official capacities; **NICKI HARRINGTON**, in her official and individual capacities, **PAUL MENDOZA**, in his official and individual capacities, **KEVIN TRUTNA**, in his official and individual capacities, and **BYRON GREEN**, in his official and individual capacities.<br>                              Defendants. | Case No.: 2:08-cv-02298-FCD<br><br>**STIPULATION AND ORDER CONTINUING DEADLINES FOR SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

*Designated Counsel for Service
**Admitted Pro Hac Vice

The above-captioned action was filed on September 29, 2008, and Plaintiff filed a motion for preliminary injunction on October 2, 2008.  Defendants filed an opposition on October 31, 2008, indicating that their policies would be changed by November 14, 2008.  As a result, on November 10, 2008, this Court entered an order continuing the motion hearing to December 12, 2008, ordering Defendants to file a declaration attesting to the repeal and amendment of the policies at issue on November 19, 2008, and providing for further briefing if necessary.  To facilitate settlement discussions, the parties stipulated to extend the deadlines and hearing date, and the Court entered an order on November 24, 2008, rescheduling the hearing to January 16, 2009 and extending the supplemental briefing deadlines.

The parties are still in the midst of attempting to settle the remaining disputes.  To facilitate this process, as well as to avoid incurring additional attorneys' fees, the parties hereby stipulate to and request the following modifications to the Court's November 24, 2008 Order:

1. Plaintiff's Supplemental Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction be filed no later than December 19, 2008;

2. Defendants' Supplemental Opposition to Plaintiff's Motion for Preliminary Injunction be filed no later than December 26, 2008;

3. Plaintiff may file a Supplemental Reply on or before January 2, 2009;

4. The hearing on Plaintiff's Motion for Preliminary Injunction shall remain scheduled for January 16, 2009 at 10:00 a.m.;

5. That the Court's order prohibiting Defendants from enforcing any of the challenged policies against Plaintiff pending the hearing on Plaintiff's Motion for Preliminary Injunction remain in place pending the scheduled hearing.

//
//
//
//
//
//
//

SO STIPULATED this 11th day of December, 2008.

ALLIANCE DEFENSE FUND

/s/ Heather Gebelin Hacker
Heather Gebelin Hacker (CA Bar No. 249273)
Attorneys for Plaintiff

STUBBS & LEONE, P.C.

/s/ Katherine A. Alberts
Katherine A. Alberts (CA Bar No. 212825)
Attorneys for Defendants

SO ORDERED this 12th day of December, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE