UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RYAN DOZIER,

   Plaintiff,

  v.

SUSAN HOULE, et. al.,

   Defendants.
_____/

NO. 2:08-CV-2298 FCD JFM

**ORDER RE: SETTLEMENT AND DISPOSITION**

  Pursuant to the representation of the plaintiff, in the above action, the court has determined that this case has settled.

  In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 22, 2009.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

  **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

  **IT IS SO ORDERED**.

Dated: December 22, 2008

              _____
              FRANK C. DAMRELL, JR.
              UNITED STATES DISTRICT JUDGE