David J. Hacker (CA Bar No. 249272)
Heather Gebelin Hacker (CA Bar No. 249273)*
ADF Center for Academic Freedom
101 Parkshore Dr., Suite 100
Folsom, California  95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851

Benjamin W. Bull (AZ Bar No. 009940)**
Alliance Defense Fund
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:   (480) 444-0020
Facsimile:    (480) 444-0028

David A. French (TN Bar No. 16692)**
ADF Center for Academic Freedom
12 Public Square
Columbia, Tennessee 38401
Telephone:   (931) 490–0591
Facsimile:    (931) 490–7989

Timothy M. Smith (CA Bar No. 125534)
McKinley & Smith
A Professional Corporation
8880 Cal Center Drive, Suite 250
Sacramento, CA  95826
Telephone: (916) 363-1333
Facsimile: (916) 363-1133

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RYAN DOZIER**,<br>           Plaintiff,<br>     vs.<br>Members of the Board of Governors, Yuba Community College District: **SUSAN HOULE, ALAN FLORY, JIM BUCHAN, MARK BREDT, LEELA RAI, GEORGE NICOLAU, XAVIER TAFOYA**, in their official capacities; **NICKI HARRINGTON**, in her official and individual capacities; **PAUL MENDOZA**, in his official and individual capacities; **KEVIN TRUTNA**, in his official and individual capacities; and **BYRON GREEN**, in his official and individual capacities,<br>           Defendants. | Case No.: 2:08−CV−02298−FCD<br><br>**CONSENT ORDER** |

*Designated Counsel for Service.
**Admitted Pro Hac Vice.

CONSENT ORDER

Final resolution of this matter and controversy has been settled by and between the parties, and accepted by this Court, as reflected herein.

Plaintiff filed his Verified Complaint on September 29, 2008, seeking injunctive, declaratory and monetary relief for the violation of his constitutional rights. Plaintiff filed a motion for preliminary injunction on his First Amendment claims on October 2, 2008. Plaintiff's motion challenged several of Defendants' procedures: Administrative Procedure 5550 ("Speech: Time, Place and Manner"), the Student Code of Conduct, §3 (c-d), the Police Department Free Speech and Assembly Policy, the Free Speech and Public Assembly Policy in the Safety and Parking Information Handbook, Administrative Procedure 3430 ("Prohibition of Harassment"), and the advanced notification and permit requirements of the On-Campus Organization Application for Activities, Facilities and/or Services. These procedures are attached to this order as Exhibits 1-6. Plaintiff's motion asked the Court to enjoin these procedures. Plaintiff filed his First Amended Verified Complaint on November 5, 2008.

Defendants filed their Answer to the First Amended Complaint on November 11, 2008 and deny Plaintiff's allegations and that they have any liability in this Action.

In order to resolve this Action, the parties have negotiated a settlement which is memorialized in the following consent order.

**IT IS HEREBY ORDERED AND DECREED:**

1.   Defendants have agreed to change the aforementioned procedures. Revised versions of these procedures are attached to this order as Exhibits 7-10.

2.   Defendants have already implemented the attached revised procedures and have published them to Yuba Community College District students on December 23, 2008.

3.   Defendants agree not to formally adopt or enforce the challenged provisions in the old procedures (Exs. 1-6) in the future, specifically the day and hour restrictions on free speech activities, the requirement that students and non-students apply for and receive a permit before engaging in free speech activities, provisions related to the designation of the campus as a nonpublic forum and allowing administrators unbridled discretion in designating free speech fora,

the registration of materials prior to distribution, and the entire former harassment policy, AP 3430.

4. In satisfaction of Plaintiff's claims for damages, Defendants agree to pay Plaintiff one dollar ($1) in nominal damages.

5. In satisfaction of Plaintiff's claims for attorneys' fees and costs under 42 U.S.C. §1988, Defendants agree to pay the sum of $25,000 in attorneys' fees to Plaintiff's counsel.

6. All of the aforesaid actions by Defendants in Paragraphs 4-5 shall be completed within thirty (30) days from the entry of this Order.

7. In exchange, Plaintiff hereby agrees to withdraw his motion for preliminary injunction. As a further condition of this Order, Plaintiff shall execute and provide to Defendants' attorneys, within ten (10) days of entry of this Order, a Release of All Claims which includes a California Civil Code Section 1542 waiver.

8. It is understood that this settlement and the consent to this Order by the Defendants are <u>not</u> admissions of any liability whatsoever for any wrongdoing with respect to Plaintiff or the Defendants' procedures as previously enacted by the Defendants and/or by any person, employee, agent, representative, or board member of the Yuba Community College District, but is in compromise of a disputed claim.

9. This Consent Order is made in full satisfaction of Plaintiff's claims contained in his First Amended Verified Complaint.

10. Pursuant to this Order, Plaintiff's First Amended Verified Complaint will be dismissed with prejudice, each party to bear own costs, immediately upon the entry of this Order.

11. This Court retains jurisdiction of this action solely for the purpose of enforcing this Order, should such need arise.

12. The terms and conditions of this Order shall be binding on the Parties and the Court for a period of five (5) years from the date this Order is entered. Immediately thereafter, and without any further action by the parties hereto, this Consent Order and the Court's jurisdiction related thereto shall be null, void and rescinded.

SO ORDERED this 23rd day of January 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE ABOVE ORDER:

| RYAN DOZIER, Plaintiff, | SUSAN HOULE, ALAN FLORY, JIM BUCHAN, MARK BREDT, LEELA RAI, GEORGE NICOLAU, XAVIER TAFOYA, NICKI HARRINGTON, PAUL MENDOZA, KEVIN TRUTNA, BYRON GREEN, Defendants, |

By his Attorneys,                                By their Attorneys,

/s/Heather Gebelin Hacker          /s/Katherine A. Alberts
BENJAMIN W. BULL                     LOUIS A. LEONE
DAVID A. FRENCH                        KATHERINE A. ALBERTS
DAVID J. HACKER                         Stubbs & Leone
HEATHER GEBELIN HACKER    2175 N. California Blvd., Suite 900
Alliance Defense Fund                  Walnut Creek, California 94596
101 Parkshore Drive, Suite 100    (925) 974-8600
Folsom, California 95630             (925) 974-8601—facsimile
(916) 932-2850
(916) 932-2851—facsimile